TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00068-CV

E. Nicholas Milam, Appellant

v.

Alar, Inc. a/k/a Alar Moving Services, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 96-06609, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Alar, Inc. a/k/a Alar Moving Services has filed a Motion to Dismiss for Failure to
Comply in this cause. We grant the motion and dismiss this appeal. See Tex. R. App. P. 42.3.

 Appellant's motion for extension of time to file brief was granted to and including
May 14, 1999. Appellant's brief was received, not filed, with the Clerk of this Court on May 18,
1999. Appellant's brief did not contain an appendix, was not bound in durable covers, and was
unsigned. See id. 9.1(b), 9.4(f), and 38.1(j). By postcard dated May 18, 1999, all parties were
notified of these deficiencies. Thus far, appellant has failed to respond or make the necessary
corrections to his brief.

 Alar, Inc. a/k/a Alar Moving Services filed a Motion to Dismiss appeal for want
of prosecution on May 6, 1999, and a Motion to Dismiss for Failure to Comply with the Clerk of
this Court in this cause on May 21, 1999. On May 26, 1999, E. Nicholas Milam filed Appellant's
Response to Appellee's Motion to Dismiss and Cross Motion to Abate or Dismiss for Want of
Jurisdiction. We grant appellee's motion for failure to comply and dismiss this appeal. See id.
42.3(c). Appellee's motion to dismiss appeal for want of prosecution is dismissed as moot.

 Appellant's Cross Motion to Abate or Dismiss for Want of Jurisdiction is dismissed
as moot.

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellee's Motion

Filed: June 10, 1999

Do Not Publish